1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   **AND ASSOCIATES**

3  A PROFESSIONAL LAW CORP.

   548 Market Street, Suite 38822
4  San Francisco, California 94104-5401
   Telephone: (408) 295-7755
5  Facsimile:  (408) 295-7444
   Email: hps@sackettlaw.com
6

7  /as

8  Attorney for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO DIVISION

13  CHERYL R. KEITH,              )   Case No. 2:24-cv-03393-DJC-CKD
                                  )
14      Plaintiff,                )
                                  )
15  v.                            )   STIPULATION AND ORDER
                                  )
16                                )
                                  )
    LELAND DUDEK,[1]              )
17  Acting Commissioner of Social Security,  )
                                  )
18      Defendant.                )
                                  )
19                                )
                                  )
20  ─────────────────────────────

21      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

22  Plaintiff shall have a thirty (30) day extension of time until April 28, 2025, in which to e-file her

23  Reply Brief which is due on March 28, 2025. First, this extension is necessitated due to the

24

25  ─────────────────────────────

    [1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025.
26  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Leland Dudek should be
    substituted for Michelle King as Defendant in this suit. No further action need be taken to
27  continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
    U.S.C. § 405(g).
28

number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Second, Counsel will be unavailable from April 3-13. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   March 24, 2025              /s/HARVEY P. SACKETT
                                     HARVEY P. SACKETT
                                     Attorney for Plaintiff
                                     CHERYL R. KEITH

Dated:   March 24, 2025              /s/JAMES KI
                                     JAMES KI
                                     Special Assistant U.S. Attorney
                                     Social Security Administration
                                     [*As authorized by email 3/24/24]

IT IS ORDERED.

DATED:  MARCH 26, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE