UNITED STATES DISTRICT COURT FOR THE

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL R. KEITH,

              Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

Case No.:  2:24-cv-03393-DJC-CKD

ORDER

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying an application for benefits under Titles II and XVI of the Social Security Act. On December 19, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 18.) Plaintiff has filed objections (ECF No. 19), and Defendant has filed a response (ECF No. 20). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1.  The findings and recommendations (ECF No. 18) are ADOPTED IN FULL;

2.  Plaintiff's motion for summary judgment (ECF No. 10) is DENIED;

3.  The Commissioner's cross-motion for summary judgment (ECF No. 12) is GRANTED;

4.  Judgment is ENTERED for the Commissioner; and

5.  The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  February 13, 2026

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2